# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 5, 2021

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

162543(23)

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

TAJUAN MARNEZ WILLIAMS,
     Defendant-Appellant.

_____/

SC: 162543
COA: 354321
Genesee CC: 07-021845-FC

On order of the Chief Justice, the motion of defendant-appellant to exceed the page limitation for the application for leave to appeal that was filed on January 28, 2021, is GRANTED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 5, 2021



Clerk